UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AUDIOCODES, INC., a Delaware corporation, <br><br> Defendant. | <br><br><br><br> CASE NO. 6:11-cv-00589-LED <br><br> **JURY TRIAL DEMANDED** |

### JOINT STIPULATION OF DISMISSAL BETWEEN KLAUSNER TECHNOLOGIES, INC. AND AUDIOCODES, INC.

Plaintiff Klausner Technologies, Inc. ("Klausner") on the one hand, and Defendant, Audiocodes, Inc. ("Audiocodes") on the other hand, each acting through their duly authorized undersigned counsel of record, hereby stipulate that all claims by Klausner against Audiocodes in this action are hereby dismissed without prejudice, and that an order of dismissal to this effect may be entered forthwith. Each of the aforementioned parties shall bear its own costs and attorneys' fees with respect to these claims.

| KLAUSNER TECHNOLOGIES, INC. | AUDIOCODES, INC. |
|---|---|
| By its attorneys, <br><br> /s/ S. Calvin Capshaw_____ <br><br> S. Calvin Capshaw, III <br> State Bar No. 03783900 <br> Capshaw DeRieux, LLP <br> 114 E. Commerce Ave. | By its attorneys, <br><br> /s/ John M. Guaragna by permission ____ <br><br> John M. Guaragna <br> Texas Bar No. 24043308 <br> john.guaragna@dlapiper.com <br> DLA Piper LLP (US) |

| | |
|---|---|
| Gladewater, Texas 75647<br>Telephone: (903)-233-4826<br>Facsimile: (903)-236-8787<br>Email: ccapshaw@capshawlaw.com<br><br>*Of Counsel:*<br><br>Pierre R. Yanney<br>State Bar No. 033391993<br>Email: pyanney@stroock.com<br>William J. Seymour<br>State Bar No. 4770665<br>Email: wseymour@stroock.com<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, N.Y. 10038<br>Tel: (212) 806-5400<br>Fax: (212) 806-6006 | 401 Congress Avenue, Suite 2500<br>Austin, TX 78701-3799<br>Telephone: 512-457-7000<br>Facsimile: 512-457-7001<br><br>*Of Counsel:*<br><br>Leon Medzhibovsky *(pro hac vice pending)*<br>leon.medzhibovsky@dlapiper.com<br>Airina L. Rodrigues *(pro hac vice pending)*<br>airina.rodrigues@dlapiper.com<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas, 27th Floor<br>New York, NY 10020-1104<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |

## **CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(h), I hereby certify that counsel for Klausner conferred with counsel for Audiocodes and this stipulation is agreed.

/s/ S. Calvin Capshaw
S. Calvin Capshaw

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document this 14th day of May, 2012, via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ S. Calvin Capshaw