UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AUDIOCODES, INC., a Delaware corporation, <br><br> Defendant. | CASE NO. 6:11-cv-00589-LED <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL BETWEEN KLAUSNER TECHNOLOGIES, INC. AND AUDIOCODES, INC.

Pursuant to the Joint Stipulation of Dismissal Between Klausner Technologies, Inc. and Audiocodes, Inc. ("Joint Stipulation"), the Joint Stipulation is hereby approved and IT IS ORDERED that all claims by Plaintiff Klausner Technologies, Inc. against Defendant Audiocodes, Inc. are hereby dismissed without prejudice. Each of the foregoing parties shall bear its own costs and attorneys' fees with respect to these claims.

So ORDERED and SIGNED this 15th day of May, 2012.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**